# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| **In Re:** ) | Case No: | 17-37870 |
|    **Nathan Carter** ) | | |
| ) | Chapter: | Chapter 13 |
|         **Debtor** ) | | |
| ) | Judge: | Timothy A. Barnes |

## NOTICE OF MOTION

**TO:** See attached list

PLEASE TAKE NOTICE that on **February 25, 2021 at 1:30 p.m.**, I will appear before the Honorable TimothyA. Barnes, or any judge sitting in that judge's place, and present the **MOTION TO AMEND ORDER AUTHORIZING DEBTOR TO OBTAIN CREDIT ENTERED ON 02/11/2021**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 329 5276 and the password is 433658. The meeting ID and password can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

**By:** */s/ Dale Riley*

Dale Riley
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
312.332.1800
ndil@geracilaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: ) | Case No: | 17-37870 |
|    Nathan Carter ) | | |
| ) | Chapter: | Chapter 13 |
|        Debtor ) | | |
| ) | Judge: | Timothy A. Barnes |

**CERTIFICATE OF SERVICE**

    I, Dale Riley, hereby certify that I served a copy of this Notice along with the aforementioned document upon the listed parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, at 55 E. Monroe, Chicago, Illinois, before the hour of 5:30 p.m., on February 17, 2021.


**LIST OF PARTIES SERVED**

Marilyn O. Marshall, 224 S. Michigan Ave. #800 , Chicago, IL 60604

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

Nathan Carter, 6422 S. Talman #2N, Chicago, IL 60629

ALL CREDITORS ON THE ATTACHED LIST

AAA Checkmate LLC
Bankruptcy Department
7647 W. 63rd St.
Summit IL 60501

ALLY Financial
Attn: Bankruptcy Dept.
200 Renaissance Ctr
Detroit MI 48243

ATG Credit
Attn: Bankruptcy Dept.
1700 W Cortland St Ste 2
Chicago IL 60622

AVANT
Attn: Bankruptcy Dept.
222 N. Lasalle Suite 170
Chicago IL 60601

Barclays BANK Delaware
Attn: Bankruptcy Dept.
Po Box 8803
Wilmington DE 19899

BMG Money
Bankruptcy Dept.
1221 Brickell Ave., Suite 1170
Miami FL 33131

Brother Loan & Finance
Bankruptcy Department
160 N. Wacker, Ste. 350
Chicago IL 60606

Capital One
Attn: Bankruptcy Dept.
26525 N Riverwoods Blvd
Mettawa IL 60045

Capital ONE AUTO Finan
Attn: Bankruptcy Dept.
3901 Dallas Pkwy
Plano TX 75093

Capitalone
Attn: Bankruptcy Dept.
15000 Capital One Dr
Richmond VA 23238

CBNA
Attn: Bankruptcy Dept.
50 Northwest Point Road
Elk Grove Village IL 60007

Chase CARD
Attn: Bankruptcy Dept.
Po Box 15298
Wilmington DE 19850

Chrysler Capital
Attn: Bankruptcy Dept.
Po Box 961275
Fort Worth TX 76161

CITI
Attn: Bankruptcy Dept.
Po Box 6241
Sioux Falls SD 57117

City of Chicago Bureau Parking
Bankruptcy Dept/City Clerk
121 N. LaSalle St
Room 107
Chicago IL 60602

COMENITY BANK/Carsons
Attn: Bankruptcy Dept.
Po Box 182789
Columbus OH 43218

Comenitycap/Gordons
Attn: Bankruptcy Dept.
Po Box 182120
Columbus OH 43218

Comenitycapital/Zales
Attn: Bankruptcy Dept.
Po Box 182120
Columbus OH 43218

Credit ONE BANK NA
Attn: Bankruptcy Dept.
Po Box 98875
Las Vegas NV 89193

Discover FIN SVCS LLC
Attn: Bankruptcy Dept.
Po Box 15316
Wilmington DE 19850

Fifth Third Bank
Attn: Bankruptcy Dept.
PO Box 630784
Cincinnati OH 45263

First Premier BANK
Attn: Bankruptcy Dept.
601 S Minnesota Ave
Sioux Falls SD 57104

ICS Collection Serv, I
Attn: Bankruptcy Dept.
8231 185Th St Ste 100
Tinley Park IL 60487

IRS Priority Debt
Bankruptcy Dept.
PO Box 7346
Philadelphia PA 19101

JARED GALLERIA/GFS
Attn: Bankruptcy Dept.
Po Box 4480
Beaverton OR 97076

MABT - Genesis Retail
Attn: Bankruptcy Dept.
Po Box 4499
Beaverton OR 97076

MABT/Contfin
Attn: Bankruptcy Dept.
121 Continental Dr Ste 1
Newark DE 19713

Mcydsnb
Attn: Bankruptcy Dept.
Po Box 8218
Mason OH 45040

Nordstrom/TD BANK USA
Attn: Bankruptcy Dept.
13531 E Caley Ave
Englewood CO 80111

PLS
Bankruptcy Department
337 S Franklin St
Chicago IL 60606

State Collection Servi
Attn: Bankruptcy Dept.
2509 S Stoughton Rd
Madison WI 53716

Syncb/Amazon
Attn: Bankruptcy Dept.
Po Box 965015
Orlando FL 32896

Syncb/CAR CARE PEP BOY
Attn: Bankruptcy Dept.
Po Box 965036
Orlando FL 32896

Syncb/Walmart
Attn: Bankruptcy Dept.
Po Box 965024
Orlando FL 32896

TD BANK USA/Targetcred
Attn: Bankruptcy Dept.
Po Box 673
Minneapolis MN 55440

## IN THE UNITED STATES OF BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 17-37870 |
| Nathan Carter | ) | | |
|     Debtor, | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Timothy A. Barnes |

### MOTION TO AMEND ORDER AUTHORIZING DEBTOR TO OBTAIN CREDIT ENTERED ON 02/11/2021

NOW COMES the Debtor, Nathan Carter (the "Debtor"), by and through his attorneys, Geraci Law LLC, to present his **MOTION TO AMEND ORDER AUTHORIZING DEBTOR TO OBTAIN CREDIT ENTERED ON 02/11/2021,** and states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

2. The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization on 12/22/2017.

3. On 02/11/2021, the Court entered an Order Authorizing Debtor to Obtain Credit that authorized the Debtor to obtain a mortgage to purchase a home.

4. The order states the total financing amount, the interest rate and the monthly principal & interest payment, however the lender has requested an order that includes the total monthly payment including taxes & insurance which is $2,142.67.

WHEREFORE, the Debtor, Nathan Carter, prays that this Court enter an amending the Order Authorizing Debtor to Obtain Credit entered on 02/11/2011 to include the total monthly payment, and for such further additional relief that this Court may deem just and proper.

                                                          __/s/ Dale Riley__
                                                             Dale Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):  877.247.1960